**Opinion filed August 23, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00215-CV

_____

### BARBARA JANE STAHL, Appellant

### V.

### COWAN JOE STAHL, Appellee

**On Appeal from the 32nd District Court**
**Mitchell County, Texas**
**Trial Court Cause No. 15,969**

## M E M O R A N D U M   O P I N I O N

Barbara Jane Stahl is the appellant in this appeal. She has filed an unopposed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that the parties have "resolved and settled their differences." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

August 23, 2012                                                                                    PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.